**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 15-6693**

———————

UNITED STATES OF AMERICA,

     Plaintiff - Appellee,

  v.

ROBIN MARIE DAVIS,

     Defendant - Appellant.

———————

Appeal from the United States District Court for the Western District of Virginia, at Abingdon. James P. Jones, District Judge. (1:08-cr-00024-JPJ-PMS-43)

———————

Submitted: June 18, 2015     Decided: June 23, 2015

———————

Before SHEDD, DUNCAN, and AGEE, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Robin Marie Davis, Appellant Pro Se. Jennifer R. Bockhorst, Zachary T. Lee, Assistant United States Attorneys, Mary Kathleen Carnell, OFFICE OF THE UNITED STATES ATTORNEY, Abingdon, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robin Marie Davis appeals the district court's order denying her 18 U.S.C. § 3582(c)(2) (2012) motion for a sentence reduction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Davis, No. 1:08-cr-00024-JPJ-PMS-43 (W.D. Va. Feb. 24, 2015); see also United States v. Black, 737 F.3d 280, 286 (4th Cir. 2013) (defendant originally sentenced to statutory mandatory minimum sentence not eligible for relief under § 3582(c)(2) because the Guidelines range has not been lowered), cert. denied, 134 S. Ct. 1902 (2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED